No. 77–753. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA *v.* DANIEL; and

No. 77–754. LOCAL 705, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, ET AL. *v.* DANIEL. C. A. 7th Cir. [Certiorari granted, 434 U. S. 1061.] Motions of Gray Panthers and PROD et al. for leave to file briefs as *amici curiae* granted. Motions of AFL–CIO, the Solicitor General, and Stephen W. Holohan for leave to file briefs as *amici curiae* denied. Motion of American Bar Assn. for reconsideration of the July 3, 1978, order [438 U. S. 913] denying leave to file a brief as *amicus curiae* denied.

No. 77–952. GROUP LIFE & HEALTH INSURANCE CO., AKA BLUE SHIELD OF TEXAS, ET AL. *v.* ROYAL DRUG CO., INC., DBA ROYAL PHARMACY OF CASTLE HILLS ET AL., ET AL. C. A. 5th Cir. [Certiorari granted, 435 U. S. 903.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* granted and 15 minutes allotted for that purpose. Petitioners also allotted an additional 15 minutes for oral argument.

No. 77–1202. MICHIGAN *v.* DORAN. Sup. Ct. Mich. [Certiorari granted, 435 U. S. 967.] Further consideration of suggestion of mootness deferred to hearing of case on the merits.

No. 77–1258. MINNESOTA *v.* FIRST OF OMAHA SERVICE CORP. ET AL.; and

No. 77–1265. MARQUETTE NATIONAL BANK OF MINNEAPOLIS *v.* FIRST OF OMAHA SERVICE CORP. ET AL. Sup. Ct. Minn. [Certiorari granted, 436 U. S. 916.] Motions of Minnesota AFL–CIO, Conference of State Bank Supervisors, Consumer Bankers Assn., and First National Bank of Chicago for leave to file briefs as *amici curiae* granted.